THE FIRST NATIONAL BANK OF THE CITY OF BROOKLYN, Appellant, *v.* LAFAYETTE TRUST COMPANY et al., Respondents.

*First Nat. Bank of Brooklyn* v. *Lafayette Trust Co.,* 167 App. Div. 940, affirmed.

(Submitted October 25, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1915, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action brought April 10, 1913, to compel the defendants to transfer to the plaintiff a certain bond and mortgage which had been assigned by John G. Jenkins to the Jenkins Trust Company, which was the previous corporate name of the defendant Lafayette Trust Company.

*Alton B. Parker* and *Robert H. Wilson* for appellant.

*Joseph A. Kellogg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.